IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC WARBELTON, and JOSE SILVA, | ) | 8:09CV132 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| ROBERT HOUSTON, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on Plaintiff Jose Silva's Motion to Appoint Counsel. (Filing No. 47.) The court dismissed this matter with prejudice and entered Judgment against Plaintiff on July 20, 2010.[1] (Filing Nos. 44 and 45.) Therefore, Plaintiff's Motion to Appoint Counsel is denied as moot.

    IT IS THEREFORE ORDERED that Plaintiff's Motion to Appoint Counsel (filing no. 47) is denied as moot.

    DATED this 26th day of July, 2010.

                                    BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge

---

[1]The court notes that Plaintiff filed his Motion to Appoint Counsel and an untimely Response to Defendants' Motion for Summary Judgment on July 19, 2010. (Filing Nos. 46 and 47.) These documents were not entered until after the court entered Judgment in this mater. (*See* Docket Sheet.) Nevertheless, the court has carefully reviewed Plaintiff's untimely Response. The court concludes that this Response does not change the court's Memorandum and Order and Judgment dismissing this matter.

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.